Karen A. Bushell
Clerk of the Circuit Court
for Montgomery County, Maryland
Rockville, Maryland

MCC2　3/16



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

Main: 240-777-9400

| | |
|---:|---:|
| **Case Number:** | C-15-CR-23-000912 |
| **Tracking Number:** | 231001294742 |
| **Other Reference Number(s):** | D-06-CR-23-004811 |

**STATE OF MARYLAND VS. DAVID EDELSTEIN**

Date: 11/20/2025

## CERTIFIED COPY

I HEREBY CERTIFY that the foregoing is a full, true and correct copy of Case summary, disposition, hearing sheet 03/19/2024, probation order, order, supervision summary-request for warrant, order for warrant, hearing sheet 06/03/2024, filed in:

No. C-15-CR-23-000912, truly taken and copied from the record of proceedings in the Circuit Court for Montgomery County, Maryland, in the foregoing case.
NOTE: A raised seal authenticates each document herein.

In Testimony Whereof, I have hereunto subscribed my name and Affixed the seal of the Circuit Court for Montgomery County on November 20, 2025.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

IN THE RECORDS OF THE CIRCUIT COURT
FOR MONTGOMERY COUNTY, STATE OF MARYLAND,
AMONG OTHER PROCEEDINGS
IS THE FOLLOWING, TO WIT:



# CIRCUIT COURT FOR MONTGOMERY COUNTY
## CASE SUMMARY
### CASE NO. C-15-CR-23-000912

## CASE ASSIGNMENT

**State of Maryland vs. DAVID EDELSTEIN**
Case Type: **Criminal Indictment**
CaseStatus: **Closed**
Case Financial Balance: **$0.00**

Court Address: **50 Maryland Avenue, Rockville, Maryland, 20850**
Judicial Officer: **Chernosky**
Assigned On: **03/19/2024**
Filed On: **08/10/2023**

*Main: 240-777-9400*

**Related Cases**
D-06-CR-23-004811  Forwarded to Circuit Court

**Cross Reference Numbers**

## PARTY INFORMATION

| | | Attorneys | |
|---|---|---|---|
| Plaintiff | State of Maryland | LAZZARO, FRANK, J  Retained  08/10/2023 | |
| | | State's Attorney - Montgomery County  Retained 08/10/2023 | |
| Defendant | EDELSTEIN, DAVID | ARORA, KUSH  Retained  08/14/2023 | |
| Probation Officer | PRZYGOCKI, MICHAELA | | |

## CASE INFORMATION

Tracking No (s). *231001294742*

| Offense | Statute | Plea | Plea Date | Disposition | Disp Date |
|---|---|---|---|---|---|
| 1. CHILD PORN PROMOTE/DISTRB | CR.11.207.(a)(4) | Guilty | 12/11/2023 | Guilty | 12/11/2023 |
| 2. CHILD PORN PROMOTE/DISTRB | CR.11.207.(a)(4) | Guilty | 12/11/2023 | Guilty | 12/11/2023 |
| 3. Possess Child Pornography | CR 11 208 | Not Guilty | 12/11/2023 | Nolle Prosequi | 3/19/2024 |
| 4. Possess Child Pornography | CR 11 208 | Not Guilty | 12/11/2023 | Nolle Prosequi | 3/19/2024 |
| 5. Possess Child Pornography | CR 11 208 | Not Guilty | 12/11/2023 | Nolle Prosequi | 3/19/2024 |
| 6. Possess Child Pornography | CR 11 208 | Not Guilty | 12/11/2023 | Nolle Prosequi | 3/19/2024 |
| 7. Possess Child Pornography | CR 11 208 | Not Guilty | 12/11/2023 | Nolle Prosequi | 3/19/2024 |
| 8. Possess Child Pornography | CR 11 208 | Not Guilty | 12/11/2023 | Nolle Prosequi | 3/19/2024 |
| 9. Possess Child Pornography | CR 11 208 | Not Guilty | 12/11/2023 | Nolle Prosequi | 3/19/2024 |
| 10. Possess Child Pornography | CR 11 208 | Not Guilty | 12/11/2023 | Nolle Prosequi | 3/19/2024 |
| 11. Possess Child Pornography | CR 11 208 | Not Guilty | 12/11/2023 | Nolle Prosequi | 3/19/2024 |
| 12. Possess Child Pornography | CR 11 208 | Not Guilty | 12/11/2023 | Nolle Prosequi | 3/19/2024 |

## SENTENCES

Sentence Date: 03/19/2024

**Confinement by Count**
Count: 1. CHILD PORN PROMOTE/DISTRB CR.11.207.(a)(4)
  Term: 10Y
  Suspend All But: 2D
Count: 2. CHILD PORN PROMOTE/DISTRB CR.11.207.(a)(4)
  Term: 10Y
  Suspend: 10Y
Credit for time served
Release from incarceration
Serve at local facility
  StartDate                              03/19/2024

| | |
|---|---|
| CalculationStartDate | 03/19/2024 |
| CreditDays | 2 |
| TotalSuspTermDays | 26 |
| TotalSuspTermMonths | 11 |
| TotalSuspTermYears | 19 |
| TotalTimetoServeDays | 2 |
| ConcOuts | |
| Confinement | |
| Comment | Sex Offender Registry Notice |
| Calc | |

## Probation

Begin upon release
Supervised
Supervised Term Years            5
Supervised By                    Parole & Probation

## Condition - Adult

1. Pay all Fines, Costs, Restitution and Fees, 03/19/2024 Active, 03/19/2024
2. Appear in Court When Notified to do So, 03/19/2024 Active, 03/19/2024
3. Obey all Laws, 03/19/2024 Active, 03/19/2024
4. Notify Supervisor if Charged with a Criminal Offense,, 03/19/2024 Active, 03/19/2024
5. Get Permission From Court Before Owning Dangerous Weapon, 03/19/2024 Active, 03/19/2024
6. Permit your Supervising Agent to Visit your Home, 03/19/2024 Active, 03/19/2024
7. Do Not Illegally Possess, Use, or Sell any Narcotic, 03/19/2024 Active, 03/19/2024
8. Get Permission from Supervisor Before Changing Address etc., 03/19/2024 Active, 03/19/2024
9. Work or Attend School Regularly, 03/19/2024 Active, 03/19/2024
10. All Standard Conditions, 03/19/2024 Active, 03/19/2024
11. Report/ Follow your Supervisor's lawful instructions, 03/19/2024 Active, 03/19/2024
12. Complete Community Service Hours, Complete ___ hours of community service by ___, under the direction of ___ and pay required fees. 03/19/2024 Active, 03/19/2024
13. Have no Contact With, Have no contact with ___ 03/19/2024 Active, 03/19/2024
14. Home Confinement, Home confinement/detention to ___ for ___ months. [ ] Special conditions (e.g. doctor's appointments, attending classes, etc.) 03/19/2024 Active, 03/19/2024

## Sex Offender Registration

Sex Offender type              Tier II Sex Offender

## Payable To

Payable To Court
Ordered Date                   03/19/2024

## HEARINGS

| Date | Time | Type | Status |
|---|---|---|---|
| 09/01/2023 | 8:30AM | 4-215/Scheduling Hearing | CancelReason: Court |
| 10/26/2023 | 8:30AM | Conference - Pre-Trial | Concluded / Held |
| 11/16/2023 | 9:30AM | Hearing - Motion | CancelReason: Court |
| 12/11/2023 | 1:30PM | Hearing - Plea | Concluded / Held |
| 01/03/2024 | 9:30AM | Trial - Jury | CancelReason: Court |
| 01/04/2024 | 9:30AM | Trial - Jury | CancelReason: Court |
| 01/05/2024 | 9:30AM | Trial - Jury | CancelReason: Court |
| 03/19/2024 | 1:30PM | Hearing - Sentencing | Concluded / Held |
| 04/16/2024 | 1:30PM | Hearing - Video Bench Warrant / Body Attachment | Concluded / Held |
| 06/03/2024 | 1:00PM | Hearing - Violation of Probation | Concluded / Held |
| 06/21/2024 | 2:30PM | Hearing - Status | Concluded / Held |
| 07/24/2024 | 8:30AM | Hearing - Violation of Probation | CancelReason: Court |

Page 5 of 20
Filed: 02/02/2026
Document #2157082
USCA Case #26-8502



# CIRCUIT COURT FOR MONTGOMERY COUNTY
# CASE SUMMARY
### CASE NO. C-15-CR-23-000912

| EVENTS | |
|---|---|
| 08/10/2023 | Criminal Indictment |
| 08/10/2023 | Attorney Appearance for State<br>Counsel State's Attorney LAZZARO, FRANK J |
| 08/10/2023 | Summons Issued (Service Event)<br>Requested by Plaintiff State of Maryland<br>Service for Defendant EDELSTEIN, DAVID |
| 08/11/2023 | Statement of Charges |
| 08/11/2023 | Bond Posted<br>Posted by Defendant EDELSTEIN, DAVID |
| 08/11/2023 | District Court Transmittal Received |
| 08/14/2023 | Motion / Request - For Speedy Trial<br>Filed by Attorney ARORA, KUSH |
| 08/14/2023 | Defense Attorney Appearance Filed<br>Counsel Attorney ARORA, KUSH<br>For Defendant EDELSTEIN, DAVID |
| 08/14/2023 | Demand / Request for Presence of Chemist/Analyst<br>Filed by Attorney ARORA, KUSH |
| 08/14/2023 | Motion for Appropriate Relief<br>Filed by Attorney ARORA, KUSH |
| 08/14/2023 | Motion / Request / Demand for Discovery and Inspection<br>Party Attorney ARORA, KUSH |
| 08/14/2023 | Criminal Request for Jury Trial<br>Filed by Attorney ARORA, KUSH |
| 08/14/2023 | Motion - MD Rule 4-252 (Motions)<br>Filed by Attorney ARORA, KUSH |
| 08/14/2023 | Motion - MD Rule 4-253 (Joint or Separate Trial)<br>Filed by Attorney ARORA, KUSH |
| 08/15/2023 | Proposed Consent Order - Lieu of Scheduled Hearing |
| 08/15/2023 | Scheduling Order |
| 08/16/2023 | Order - Motion/Request/Petition Granted |
| 08/16/2023 | Writ /Summons/Pleading - Electronic Service<br>Sent to: Attorney ARORA, KUSH |
| 08/22/2023 | Return of Service - Served<br><br>Service For Defendant EDELSTEIN, DAVID<br>Date Served: 08/17/2023 |
| 10/26/2023 | Hearing Sheet |
| 10/26/2023 | Initial Appearance in Circuit Court |
| 11/14/2023 | Consent Order<br>Notices to: Attorney ARORA, KUSH; State's Attorney LAZZARO, FRANK J |
| 11/14/2023 | Writ /Summons/Pleading - Electronic Service<br>Sent to: Attorney ARORA, KUSH |
| 11/14/2023 | Plea/Sentence Agreement<br>Filed by Attorney ARORA, KUSH; State's Attorney LAZZARO, FRANK J |
| 12/11/2023 | Hearing Sheet |

USCA Case #26-8502    Document #2157082    Filed: 02/02/2026    Page 6 of 20



| Date | Entry |
|---|---|
| 12/15/2023 | Motion / Request - To Review / Alter Bond<br>Filed by Attorney ARORA, KUSH |
| 12/20/2023 | Order - Motion/Request/Petition Granted |
| 12/20/2023 | Writ /Summons/Pleading - Electronic Service<br>Sent to: Attorney ARORA, KUSH |
| 01/18/2024 | Motion / Request - To Review / Alter Bond<br>Filed by Attorney ARORA, KUSH |
| 01/25/2024 | Order - Motion/Request/Petition Granted |
| 01/25/2024 | Writ /Summons/Pleading - Electronic Service<br>Sent to: Attorney ARORA, KUSH; State's Attorney LAZZARO, FRANK J |
| 03/19/2024 | Bond Released |
| 03/19/2024 | Hearing Sheet |
| 03/19/2024 | Defendant Advised of Rights Pursuant to MD Rule 4-342(i) |
| 03/19/2024 | Bill of Costs<br>Amount: 185.00 |
| 03/21/2024 | Order - Probation/Supervision Docket |
| 04/03/2024 | Copy of MD Sentencing Guidelines filed |
| 04/03/2024 | Writ /Summons/Pleading - Electronic Service<br>Sent to: Attorney ARORA, KUSH |
| 04/04/2024 | Petition / Motion to Mod / Reduce / Reconsider Sentence<br>Filed by Attorney ARORA, KUSH |
| 04/09/2024 | Motion to Modify<br>Filed by Attorney ARORA, KUSH |
| 04/10/2024 | Petition - VOP Request for Warrant<br>Filed by Probation Officer PRZYGOCKI, MICHAELA |
| 04/15/2024 | Writ /Summons/Pleading - Electronic Service<br>Sent to: Probation Officer PRZYGOCKI, MICHAELA |
| 04/15/2024 | Bench Warrant Issued<br>Issued for Defendant EDELSTEIN, DAVID |
| 04/15/2024 | Order/Rul - Issue Warrant for VOP With Charging Documents |
| 04/16/2024 | Bond Posted<br>Posted by Defendant EDELSTEIN, DAVID |
| 04/16/2024 | Correspondence |
| 04/16/2024 | Correspondence |
| 04/16/2024 | Hearing Sheet |
| 04/16/2024 | Pretrial Supervision Summary/Report/Notice |
| 04/16/2024 | Warrant/Writ Served |
| 04/19/2024 | Defense Attorney Appearance Filed<br>Counsel Attorney ARORA, KUSH |
| 04/19/2024 | Motion / Request / Demand for Discovery and Inspection<br>Party Attorney ARORA, KUSH |
| 04/30/2024 | Held Sub Curia |
| 04/30/2024 | Writ /Summons/Pleading - Electronic Service<br>Sent to: Attorney ARORA, KUSH |
| 05/09/2024 | Order - Motion/Request/Petition Granted |

Page 7 of 20  Filed: 02/02/2026  Document #2157082  USCA Case #26-8502


| Date | Entry |
|---|---|
| 05/09/2024 | Writ /Summons/Pleading - Electronic Service Sent to: Attorney ARORA, KUSH |
| 06/03/2024 | Hearing Sheet |
| 06/03/2024 | Release Conditions |
| 06/21/2024 | VOP Outcome: Petition Dismissed/Withdrawn |
| 06/21/2024 | Hearing Sheet |
| 06/21/2024 | Open Motions Withdrawn |
| 07/12/2024 | Bond Released |
| 09/26/2025 | Certified Copy |

# MONTGOMERY COUNTY CIRCUIT COURT

## Criminal Courtroom Hearing Sheet



Case Caption: State of Maryland vs. David Edelstein

Case Number: C-15-CR-23-000912

Date: 3/19/2024

Initials: RMA

Hearing Type: Sentencing

Judge: Chernosky

Courtroom: 9C

☒ State's Attorney, Mr. Lazzaro

☒ Defendant appeared with counsel, Mr. Arora

### SENTENCING

☒ Court sentences the defendant to count #1: 10-years suspend all but 2 days MCDC with credit for 2 days' time served. Count #2: 10 years suspend all to run consecutively to count #1. 5 years supervised probation with special conditions. Court costs and Special costs assessed.

☒ State enters nolle pros as to remaining counts

☒ Court orders the defendant to register with the sex offender registry

☒ *(DEA43)* Defendant advised of rights pursuant to MD Rule 4-342(i)

Entered: Clerk, Circuit Court for
Montgomery County, MD
March 21, 2024

Page 10 of 20
Filed: 02/02/2026
Document #2157082
USCA Case #26-8502

☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Montgomery County (CC)
City/County
Located at 50 Maryland Avenue Rockville, MD 20850
Court Address
Case No. C-15-CR-23-912

STATE OF MARYLAND vs. David Edelstein
Defendant

SID No. _____

(IF AVAILABLE, PLACE LABEL HERE OR AT TOP OF PAGE.)

Tracking No. _____
Other Reference No. _____

Convicted count(s): Count 1: Child Porn Promote/Distrib.; Count 2: Child Porn Promote/Distrib.

Sentence: Count 1: 10 years SAB 2 days w/credit; Count 2: 10 years consecutive - suspend all

Part of sentence executed: 2 day                Suspended: 19 years, 363 days

☐ Balance of sentence suspended upon admission to treatment pursuant to HG § 8-507

Credit for time served: 2 days                Length of Probation: 5 years
Month(s)/Year(s)

☐ Participate and pay for psychological counseling

## PROBATION/SUPERVISION ORDER

☐ Probation Before Judgment (Criminal Procedure Article, § 6-220)

☐ Probation Agreement Deferring Judgment (Criminal Procedure Article, § 6-220)

IT IS ORDERED that the above named defendant:

☒ Be supervised by Parole and Probation.
☐ Be supervised by Sexual Offender Management Team.
☐ Be supervised by Other Agency: _____
☐ Be unsupervised.

Probation Contact:
Stella Mbadugha
301-563-8715
stella.mbadugha@maryland.gov

Probation begins ☒ on 03/19/2024 _____ ☐ upon admission to residential substance abuse program.
Date

Your first appointment with the supervising agency is on 03/19/2024 _____ and the place to report is
Date

191 E. Jefferson St., Rockville, MD _____. Your failure to report could result in your arrest.
Address

A. Standard Conditions (1-10): ☒ All Standard Conditions ☐ All Standard Conditions except No.(s) _____

1. Report as directed and follow your supervising agent's lawful instructions.
2. Work and/or attend school regularly as directed and provide verification to your supervising agent.
3. Get permission from your supervising agent before changing your home address, changing your job, and/or leaving Maryland. Additional Comments: _____
4. Obey all laws.
5. Notify your supervising agent at once if charged with a criminal offense, including jailable traffic offenses. Additional Comments: _____
6. Get permission from the court before owning, possessing, using, or having under your control any dangerous weapon or firearm of any description. Additional Comments: _____
7. Permit your supervising agent to visit your home.
8. Do not illegally possess, use, or sell any narcotic drug, controlled substance, counterfeit substance, or related paraphernalia. Additional Comments: _____
9. Appear in court when notified to do so.

CC-DC-026MDEC (Rev. 01/2024)          Page 1 of 4

Case No. C-15-CR-23-912

10. Pay all fines, costs, restitution, and fees as ordered by the court or as directed by your supervising agent through a payment schedule.

> Court costs are IMPOSED. One week to pay.
> Supervision fees are imposed.

- ☐ Fines of $ _____ paid through ☐ Parole and Probation ☐ Clerk's Office ☐ Sheriff's Office
- ☒ Court costs of $ TBD paid through ☐ Parole and Probation ☒ Clerk's Office
- ☒ Supervision fee of $50/month paid through Parole and Probation ☐ Supervision fee waived
- ☐ Restitution of $ _____ to _____
  paid through Maryland Division of Parole and Probation, Maryland Department of Juvenile Services, Division of Corrections, or local correctional facility, if applicable by _____
  Date
- ☐ Public Defender fees of $ _____ to the Office of the Public Defender for counsel fees.
- ☒ Pay the following fees through Parole and Probation or _____
  - ☒ Victims of Crime Fund    $ 22.50
  - ☒ CICF costs               $ 20.00
  - ☒ Other costs (*specify*)  $ 2.50
- ☐ The Division of Parole and Probation is granted the discretion to refer the collection of funds it is authorized to collect to the State's Central Collection Unit without the need of further court approval.

B. Special Conditions (11-35):

11. ☐ Provide DNA sample as required by law by _____
    Date
12. ☐ Submit to evaluation and attend and successfully complete mental health treatment as directed by your supervising agent.
13. ☐ Submit to, successfully complete, and pay required costs for evaluation, testing and treatment education, as directed by your supervising agent.
14. ☐ Attend and successfully complete ☐ alcohol ☐ drug ☐ alcohol and drug treatment
    ☐ education program _____
    Name of Program
15. ☐ Enroll in, pay any required costs for, and successfully complete treatment at _____
    Treatment Facility
16. ☐ Attend and successfully complete parenting class.
17. ☐ Attend _____ self-help group meetings for _____ weeks. ☐ Attendance may be modified by your supervising agent after _____ weeks.
18. ☐ Totally abstain from alcohol, illegal substances, and abusive use of any prescription drug.
19. ☐ Apply for alcohol restriction on driver's license within ten (10) days of trial date for _____
    Year(s)/Month(s)
20. ☐ Refrain from driving and/or attempting to drive after consuming alcohol.
21. ☐ Attend Victim Impact Panel meeting when notified.
22. ☐ Attend and successfully complete MVA Driver Improvement Program.
23. ☐ Attend and successfully complete MVA Alcohol Education Program. (Social Drinkers Only)
24. ☐ Have Ignition Interlock installed for _____ months and pay costs. ☐ Employment vehicle exempted.

CC-DC-026MDEC (Rev. 01/2024)    Page 2 of 4

Case No. C-15-CR-23-912

25. ☒ Complete 500 hours of community service by _____ Date _____, under the direction of 100 hours/year with children victims or pornography _____ and pay required fees.

26. ☐ Attend and successfully complete domestic violence counseling at _____
    _____ by _____ Date _____ and pay required costs.

27. ☒ Have no contact with no unsupervised contact with children until told so by ATSA provider (does NOT apply to own children)

28. ☐ Do not enter or be found near _____

29. ☐ Home confinement/detention to _____ for _____ months.

    ☒ Special conditions (e.g., doctor's appointments, attending classes, etc.) sex offender treatment by ATSA provider, follow all aftercare and treatment recommendations; COMET supervision
    No illegal susbtances; no pornography; self help groups 2x/week

30. ☐ **Register as sexual offender** with the supervising authority under the provision of Criminal Procedure Article, Title 11, Subtitle 7:

    ☐ (1) A Tier I Sex Offender;

    ☒ (2) A Tier II Sex Offender;

    ☐ (3) A Tier III Sex Offender;

    ☐ (4) A sexually violent predator;

    ☐ (5) A Tier I Sex Offender who, before moving into this state, was required to register in another state;

    ☐ (6) A Tier II Sex Offender, Tier III Sex Offender, or sexually violent predator who, before moving into this state, was required to register in another state;

    ☐ (7) A Tier I, Tier II, Tier III Sex Offender, or a Sex Offender who is required to register in another state, jurisdiction, a federal, military, or tribal court, or a foreign government, who is not a resident of this state, and who enters this state:

    (i) to reside or habitually live.

    (ii) to carry on employment or vocation that is full-time or part-time for a period exceeding fourteen (14) days or an aggregate period exceeding 30 days during a calendar year, whether financially compensated, volunteered, or for the purpose of government or educational benefit; or

    (iii) to attend a public or private educational institution, including a secondary school, trade or professional institution, or institution of higher education, as a full-time or part-time student.

    (iv) as a transient with the intent to be in the State for a period exceeding fourteen (14) days or an aggregate period exceeding 30 days during the calendar year.

31. ☐ Defendant shall keep appointment for HG § 8-505 evaluation and shall immediately enter the recommended program upon admission.

    ☐ Defendant shall enter treatment program immediately upon admission.

    ☐ Defendant shall successfully complete treatment program and comply with terms of aftercare plan.

32. ☐ To be supervised by means of ☐ electric monitoring ☐ electric monitoring with victim stay-away alert technology.

33. ☐ Other _____

CC-DC-026MDEC (Rev. 01/2024)    Page 3 of 4

C. 34. ☐ Comply with special conditions of lifetime supervision - see form CC-DC-CR-136.

D. Recommendations to the supervising agency:

35. ☐ Transfer supervision to _____, Maryland.

03/19/2024          [Signature]                    697
Date                   Judge                    ID Number

## CONSENT

I have read, or have had read to me, the above conditions of probation. I understand these conditions and agree to follow them. I understand that if I do not follow these conditions, I could be charged with a violation of probation.

If I fail to abide by the above conditions, the court could proceed with sentencing as if I had not been placed under probation. I have been notified and understand that by consenting to and receiving a stay of judgment under Criminal Procedure Article, § 6-220, I waive my right to appeal from a judgment of guilty by the court in this case.

I understand that my failure to pay fines, costs, and fees may result in my case being referred to the State's Central Collection Unit, resulting in an additional collection fee as permitted by law without further approval of the court.

I understand that Parole and Probation may impose graduated sanctions upon me for any technical violation of the above conditions of probation, as authorized pursuant to Correctional Services Article, §§ 6-111 and 6-121.

X  3/19/24                              [Signature]
       Date                              Defendant's Signature

   12/22/81                          7622 Winterberry Pl
   Date of Birth                          Address

(301) 215-7012    (202) 841-2973    bethesda, MD 20817
Telephone Number  Cell Phone Number     City, State, Zip

david.a.edelstein@gmail.com
E-mail

                                        [Signature]
                                        Witness' Signature

                                        Kush Arora
                                        Printed Name

CC-DC-026MDEC (Rev. 01/2024)      Page 4 of 4

Page 14 of 20    Filed: 02/02/2026    Document #2157082    USCA Case #26-8502

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY

| | | |
|---|---|---|
| State of Maryland | * | |
| | * | |
| | * | Case No: C-15-CR-23-000912 |
| | * | |
| v. | * | |
| | * | |
| David Edelstein | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Upon consideration of Defendant's motion, it is this __8th__ day of __May__, 2024 ordered that Defendant's Motion be granted and the condition of probation restricting Defendant's travel be modified to allow him to travel freely within the Washington Metropolitan Area without seeking the permission of his probation agent.

_____
Judge
Circuit Court for Montgomery County
**05/08/2024 1:20:39 PM**

Entered: Clerk, Circuit Court for
Montgomery County, MD
May 9, 2024

Filed: 02/02/2026    Page 15 of 20

USCA Case #26-8502    Document #2157082



STATE OF MARYLAND
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES
SUPERVISION SUMMARY
**Request for Warrant**

E-FILED; Montgomery Circuit Court
Docket: 4/10/2024 5:03 PM; Submission: 4/10/2024 5:03 PM
Envelope: 16057135

SID#: 5407934
DOC#:
CS#: 0628367A

Date of Report: 04/10/2024
Report#: CS-0628367A-CL-NO VALUE-0001

| EDELSTEIN, DAVID ANDREW | Circuit Court For MONTGOMERY County | C-15-CR-23-000912 |
|---|---|---|
| Name | Authority | Authority Number |

12/22/1981
DOB

Male/ White/ Non-Hispanic
Sex/Race/Ethnicity

LV1(Sexual Offender Level 1 Supervision)
Level of Supervision

THERESA CHERNOSKY
Judge

**Offense(s):**
CHILD PORN PROMOTE/DISTRB; CHILD PORN PROMOTE/DISTRB;

**Sentence(s):**
10 years suspend all but 2 days, 10 years suspend all

| 03/19/2029 | 03/19/2024 | | 03/19/2024 to 04/10/2024 |
|---|---|---|---|
| Expiration | Date Sentenced | Paroled/Released | Period Covered by Report |

**RESIDENCE:**
Address: 7622 WINTERBERRY PL, BETHESDA Maryland 20817 United States

**EMPLOYMENT**
Employer: No information provided.
Address:

**Comments and Recommendations:** :
The purpose of this report is update the court on the status of Mr. David Edelstein's probation.

On March 19, 2024, Mr. David Edelstein appeared before the Honorable Judge Theresa Chernosky and was sentenced to Ct.1 10 years suspend all but 2 days. Ct 2. 10 years suspend all. Mr. David Edelstein was also placed on 5 years supervised probation with special conditions.

On April 10, 2024, this writer was notified by Assistant State's Attorney, Frank Lazzaro, of an incident that recently occurred. At approximately 3:50pm on April 8, 2024, Mr. David Edelstein was with his dog standing across the street from Burning Tree Elementary School, 7900 Beech Tree Rd, Bethesda, MD 20817, where children cross the street. It is alleged that Mr. David Edelstein had unsupervised contact with the minor children as they were crossing the street leaving school. Mr. David Edelstein was standing where multiple minor children need to walk once crossing the street. This writer was also provided photos of Mr. Edelstein having alleged contact with minor children as above.

Based on the above, this writer respectfully requests a Warrant be issued charging Mr. David Edelstein with violation of probation.

Authority: Circuit Court For MONTGOMERY County
Name: EDELSTEIN, DAVID ANDREW
CS#: 0628367A

SID#: 5407934
Date of Report: 04/10/2024
Authority#: C-15-CR-23-000912
Report#: CS-0628367A-CL-NO VALUE-0001

**Statement of Charges:**
Condition #27: No unsupervised contact with children until told so by ATSA provider (does NOT apply to own children)

On April 10, 2024, this writer was notified by Assistant State's Attorney, Frank Lazzaro, of an incident that recently occurred. At approximately 3:50pm on April 8, 2024, Mr. David Edelstein was with his dog standing across the street from Burning Tree Elementary School, 7900 Beech Tree Rd, Bethesda, MD 20817, where children cross the street. It is alleged that Mr. David Edelstein had unsupervised contact with the minor children as they were crossing the street leaving school. Mr. David Edelstein was standing where multiple minor children need to walk once crossing the street.

Authority: Circuit Court For MONTGOMERY County
Name: EDELSTEIN, DAVID ANDREW
CS#: 0628367A

SID#: 5407934
Date of Report: 04/10/2024
Authority#: C-15-CR-23-000912
Report#: CS-0628367A-CL-NO VALUE-0001

**Requested Amendment of Conditions:**

*Michaela Przygocki*
Signature

04/10/2024
Date

Name: Michaela Przygocki
Title: Agent
Address: 8552 2nd Avenue, 1st Floor Silver Spring, MD 20910
Agent Phone Number: 301-563-8620
Mobile:

Signature

04/10/2024
Date

Name: JASON JONES
Title: Supervisor
Address: 8552 2nd Avenue, 1st Floor Silver Spring, MD 20910
Phone Number: 301-563-8620
Supervisor Email: Jason.Jones@maryland.gov

| | | | |
|---|---|---|---|
| **Original:** | ☐ Court | | ☐ MPC |
| **Copy:** | ☐ State's Attorney | | ☐ File |



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue, Rockville, Maryland, 20850
Main: 240-777-9400

|  |  |
|---|---|
| Case Number: | C-15-CR-23-000912 |
| Tracking Number: | 231001294742 |
| Other Reference Number(s): | D-06-CR-23-004811 |

STATE OF MARYLAND VS. DAVID EDELSTEIN

**Date: 4/12/2024**

## ORDER FOR WARRANT

Upon consideration of the Request for Warrant and Report from Parole and Probation, attached hereto and incorporated herein, it is this 12th day of April, 2024, hereby;

ORDERED, that a Bench Warrant be issued commanding the Sheriff of Montgomery County, Maryland to bring the Defendant before this Court forthwith; and it is further

ORDERED, that a hearing date be set promptly after the arrest of the Defendant for violating the conditions of his probation; and it is further

ORDERED, that the State's Attorney for Montgomery County, Maryland, shall appear for the purpose of prosecuting the alleged violation.

04/12/2024 3:50:55 PM                     _/s/ Theresa Chernosky_
Date                                       HONORABLE THERESA M. CHERNOSKY
                                           Judge, Circuit Court for Montgomery County, MD

Entered: Clerk, Circuit Court for
Montgomery County, MD
April 15, 2024

NOTICE TO THE DEFENDANT: BECAUSE YOU FACE THE POSSIBILITY OF INCARCERATION, YOU ARE ENTITLED TO BE REPRESENTED BY AN ATTORNEY. IF YOU CANNOT AFFORD ONE, YOU SHOULD CONTACT THE OFFICE OF THE PUBLIC DEFENDER IMMEDIATELY AT 301-563-8900.

# MONTGOMERY COUNTY CIRCUIT COURT

## Criminal Courtroom Hearing Sheet



Case Caption: State of Maryland vs. DAVID EDELSTEIN

Case Number: C-15-CR-23-000912

Date: 6/3/2024

Initials: MLV

Hearing Type: Violation of Probation

Judge: Chernosky

Courtroom: 9C

☒ State's Attorney, Mr. Lazzaro

☒ Defendant appeared with counsel, Mr. Arora

## ORAL MOTIONS (NON-POSTPONEMENTS)

☒ Defendant's oral motion to Modify Bond Conditions – Granted

## BOND

☒ *(RECOD)* Court modifies bond as set forth on the record

## POSTPONEMENTS

☒ State's oral motion for postponement of Violation of Probation Hearing – granted

☒ Court postpones Violation of Probation Hearing to July 24, 2024, at 8:30 A.M. before this Member of the Bench.

## COURT SETS

☒ Court sets a Status Hearing on June 21, 2024, at 2:30 P.M. before this Member of the Bench.

Filed: 02/02/2026  Document #2157082  USCA Case #26-8502



FIRST-CLASS

Criminal Department
50 Maryland Ave
Rockville MD 20850

Selena GranCasz
U.S Court of Appeals
333 Constitution Ave N.W
Washington DC 20001



RECEIVED
NOV 24 2025
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT